**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
James Crawford Orr
33 Washington Street
Newark, New Jersey 07102-3017
(973) 624-0800 ph.
(973) 624-0808 fx.

**DEWEY & LeBOEUF LLP**
Jeffrey L. Kessler
1301 Avenue of the Americas
New York, New York 10019
(212) 259-8050 ph..
(212) 259-6333 fx.
**ATTORNEYS FOR DEFENDANTS,**
**Panasonic Consumer Electronics Company**
**and Panasonic Corporation of North America**

| | |
|---|---|
| HOWARD COHEN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PANASONIC CONSUMER ELECTRONICS COMPANY and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No: 2:10-CV-00513-SDW-MCA<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER** |

This matter having been opened to the Court upon application of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP attorneys for Defendants, Panasonic Consumer Electronics Company and Panasonic Corporation of North America, with the consent of the attorneys for Plaintiff, for a Consent Order extending time within which to file an Answer, move, or otherwise plead with respect to the Complaint, for an additional period of thirty days or no later than July 1, 2010, and for good cause having been shown;

IT IS on this _____ day of _____, 2010,

ORDERED, that the Defendants, Panasonic Consumer Electronics Company and Panasonic Corporation of North America, be permitted to file a responsive Answer, move or otherwise plead with respect to the Complaint for an additional period of thirty days or no later than July 1, 2010 and, it is

FURTHER ORDERED that a copy of this Order be served upon all counsel of record within _____ days of the date hereof.

_____
MADELINE COX ARLEO, U.S.M.J.

CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO
Attorneys for Plaintiff

By: _____
Lindsey H. Taylor

Dated: May 27, 2010

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for Defendants

By: _____
James Crawford Orr (JCO 1870)

Dated: 5/27/10

986614.1